The STATE of Wyoming ex rel. The UNITED STATES of America, et al.,
Petitioners,

v.

The DISTRICT COURT OF the SEVENTH JUDICIAL DISTRICT of the State of Wyoming IN AND FOR FREMONT COUNTY, et al., Respondents.

No. 4452.

Supreme Court of Wyoming.

Feb. 2, 1976.

Tosh Suyematsu, Asst.U.S.Atty., Cheyenne, filed a brief and appeared in oral argument, on behalf of petitioners.

Marvin J. Sonosky and Glen A. Wilkinson, Washington, D.C., and George F. Guy, Cheyenne, filed a memorandum and Marvin J. Sonosky, Washington, D.C., appeared in oral argument on behalf of the petitioners,

Lucy Hill Bonatsie, Peterson Bonatsie, Helene S. Bonatsie, Irving T. Bonatsie, Deeatrice E. Bonatsie, Wayland E. Bonatsie, and Ralphaelita Stump.

G. L. Spence, Casper, and John R. Hursh, Riverton, filed a brief and appeared in oral argument on behalf of Dry Creek Lodge, Inc., a Wyoming Corp., Albert C. Cook, Elizabeth P. Cook, Thomas Burlingham, Benjamin Miller, Ray Niedo, Rose Niedo, Bernice Miller, John Guina, Zella Guina, Emmett Washakie, and Beatrice Washakie, individually, respondents.

James L. Hettinger, Riverton, filed a brief and appeared in oral argument on behalf of the District Court of the Seventh Judicial District of the State of Wyoming in and for Fremont County, and the Honorable W. J. Nicholas, Judge thereof, respondents.

Before GUTHRIE, C. J., McCLINTOCK, and RAPER, JJ., ARMSTRONG, Retired District Judge, and JOHNSON, District Judge, First Judicial District.

PER CURIAM.

The objection that the district court was without jurisdiction was never presented to the trial judge for his consideration. Failure to do so is fatal to the petition for writ of prohibition, here. *State ex rel. Spriggs v. District Court of Seventh Judicial District In and For Fremont County*, 1956, 76 Wyo. 128, 301 P.2d 550

The alternative writ of prohibition is vacated and a permanent writ of prohibition denied.

THOMAS and ROSE, JJ., did not participate.